# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Sheila F. Bowden | **Repayment Agreement and Order** | No: 5:19-CR-00058-001 |

On October 27, 2020, Sheila F. Bowden was sentenced to 51 months imprisonment followed by a 48 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Bowden. Please approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on October 27, 2020, I have been ordered to pay a total restitution of $1,393,869.74 and a special assessment of $100.00.

2. On May 24, 2023, I began my service of 48 months of supervised release. The mandatory assessment was satisfied on August 11, 2021. The current balance of my restitution is $1,392,751.88.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of August, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

_____    7/17/23
Sheila F. Bowden                   Date

_____    7-17-2023
Amanda G. Reed, U.S. Probation Officer    Date

_____    07/18/2023
Assistant U.S. Attorney             Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
Tilman E. Self, III
U.S. District Judge

7/18/23
Date